# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHARON MOORE,

    Petitioner

vs.                                 CIV. No. 20-cv-1224 MV-JFR
                                      CR. No. 17-cr-1836 MV-JFR

UNITED STATES OF AMERICA,

Respondent.

## MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on United States Magistrate Judge John F. Robbenhaar's Proposed Findings and Recommended Disposition ("PFRD"), filed June 3, 2021 (Doc. 10) recommending that the Court deny Plaintiff's motion to vacate her sentence (Doc. 1). Objections were due by no later than June 21, 2021. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 10) is adopted.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (*see* Docs. 1-2) is **DENIED**.

_____
MARTHA VAZQUEZ
United States District Judge